UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

      vs.                           No. 1:18-cr-00250

DARRELL LEE-LAMONT SUMMERS II,
a/k/a "Squirrel,"
DARYL KEVIN CANNON, a/k/a "Tre,"          HON. ROBERT J. JONKER
GERRY LIONEL WINSTON, JR., a/k/a "GL,"   Chief United States District Judge
TIMOTHY ROY MASON, a/k/a "Tim Dawg,"
ROBERT DUANE KNISS, a/k/a "Bobby,"
RONALD EUGENE GOODLOE, JR.,
a/k/a "Rocky," a/k/a "Rock Star," and
TREMAIN LAMAR BRAXTON, a/k/a "Smile Dog,"

                                   **SUPERSEDING INDICTMENT**

      Defendants.

_____/

    The Grand Jury charges:

## COUNT 1
(Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine)

Between approximately October 2016 and September 2018, in Berrien and Kalamazoo

Counties, in the Western District of Michigan, Southern Division, and elsewhere, the defendants,

DARRELL LEE-LAMONT SUMMERS II, a/k/a "Squirrel,"
DARYL KEVIN CANNON, a/k/a "Tre,"
GERRY LIONEL WINSTON, JR., a/k/a "GL,"
TIMOTHY ROY MASON, a/k/a "Tim Dawg,"
ROBERT DUANE KNISS, a/k/a "Bobby,"
RONALD EUGENE GOODLOE, JR., a/k/a "Rocky," a/k/a "Rock Star," and
TREMAIN LAMAR BRAXTON, a/k/a "Smile Dog,"

knowingly and intentionally combined, conspired, confederated, and agreed with each other and

with other persons known and unknown to the Grand Jury, including Raymond Demetrius

Stovall, a/k/a "OG," Richard Lee James, Jr., a/k/a "Lopez," a/k/a "Blow Pack," a/k/a "Cheese,"

a/k/a "Blow Cheese," and Kentrell Terome Dunn, a/k/a "Squeeze," a/k/a "Teddy," to distribute

and to possess with intent to distribute, 50 grams or more of methamphetamine, its salts, isomers,

and salts of its isomers, a Schedule II controlled substance.

Before GERRY LIONEL WINSTON, JR., committed the offense charged in this count,

the defendant was convicted of delivery/manufacture of a controlled substance, in violation of

Michigan Compiled Laws § 333.7401(2)(a)(iv) on or about March 7, 2005, a serious drug felony,

for which he served more than 12 months of imprisonment and for which he was released from

serving the term of imprisonment related to that offense within 15 years of commencement of the

instant offense.

Before TREMAIN LAMAR BRAXTON committed the offense charged in this count, the

defendant was convicted of delivery/manufacture of a controlled substance, in violation of

Michigan Compiled Laws § 333.7401(2)(a)(iv) on or about May 20, 2015, a serious drug felony,

for which he served more than 12 months of imprisonment and for which he was released from

serving the term of imprisonment related to that offense within 15 years of commencement of the

instant offense.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

## COUNT 2
### (Possession With Intent to Distribute Methamphetamine)

On or about July 11, 2018, in Kalamazoo County, in the Western District of Michigan,

Southern Division, the defendant,

TIMOTHY ROY MASON, a/k/a "Tim Dawg,"

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

## COUNT 3
(Possession With Intent to Distribute Methamphetamine)

On or about July 13, 2018, in Kalamazoo County, in the Western District of Michigan,

Southern Division, the defendant,

RONALD EUGENE GOODLOE, JR., a/k/a "Rocky," a/k/a "Rock Star,"

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

## COUNT 4
(Distribution of Methamphetamine)

On or about August 8, 2018, in Berrien and Kalamazoo Counties, in the Western District

of Michigan, Southern Division, the defendant,

DARYL KEVIN CANNON, a/k/a "Tre,"

knowingly and intentionally distributed, and aided and abetted the distribution of, 50 grams or

more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of

a mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)
18 U.S.C. § 2

## COUNT 5
(Possession With Intent to Distribute Methamphetamine)

On or about August 11, 2018, in Kalamazoo County, in the Western District of Michigan,

Southern Division, the defendant,

ROBERT DUANE KNISS, a/k/a "Bobby,"

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

## COUNT 6
(Possession With Intent to Distribute Methamphetamine)

On or about August 21, 2018, in Kalamazoo County, in the Western District of Michigan, Southern Division, the defendant,

TREMAIN LAMAR BRAXTON, a/k/a "Smile Dog,"

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Before TREMAIN LAMAR BRAXTON committed the offense charged in this count, the defendant was convicted of delivery/manufacture of a controlled substance, in violation of Michigan Compiled Laws § 333.7401(2)(a)(iv) on or about May 20, 2015, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving the term of imprisonment related to that offense within 15 years of commencement of the instant offense.

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
JUSTIN M. PRESANT
Assistant United States Attorney