UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            No. 1:18-cr-250

DARRELL LEE-LAMONT SUMMERS II,
a/k/a "Squirrel,"
DARYL KEVIN CANNON, a/k/a "Tre,"      HON. ROBERT J. JONKER
GERRY LIONEL WINSTON, JR., a/k/a "GL,"  Chief United States District Judge
ROBERT DUANE KNISS, a/k/a "Bobby,"
TIMOTHY ROY MASON, a/k/a "Tim Dawg,"
RONALD EUGENE GOODLOE, JR.,        **SUPERSEDING INDICTMENT**
a/k/a "Rocky," a/k/a "Rock Star," and     **PENALTY SHEET**
TREMAIN LAMAR BRAXTON, a/k/a "Smile Dog,"

    Defendants.
_____/

## DARRELL LEE-LAMONT SUMMERS II
### a/k/a "Squirrel"

**COUNT 1 -** Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:** Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

## **DARYL KEVIN CANNON**
## a/k/a "Tre"

**COUNT 1 -** Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]


**COUNT 4 –** Distribution of 50 Grams or More of Methamphetamine or 500 Grams or More of a Mixture – 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

## GERRY LIONEL WINSTON, JR.
## a/k/a "GL"

**COUNT 1 -** Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 15 years nor more than life imprisonment and a fine of up to $20,000,000 [21 U.S.C. §§ 841(b)(1)(A)(viii), 851]

**Supervised Release:** Not less than 10 years, up to life [21 U.S.C. §§ 841(b)(1)(A), 851]

**Special Assessment**: $100 [18 U.S.C. § 3013]

## TIMOTHY ROY MASON
### a/k/a "Tim Dawg"

**COUNT 1 -** Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]


**COUNT 2 -** Possession with Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

## ROBERT DUANE KNISS
## a/k/a "Bobby"

**COUNT 1 -** Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]


**COUNT 5 -** Possession With Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and a fine of up to $10,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**RONALD EUGENE GOODLOE JR.,
a/k/a "Rocky," a/k/a "Rock Star"**

**COUNT 1 -** Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and a fine of up to $20,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]


**COUNT 3 –** Possession With Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:**  Not less than 10 years nor more than life imprisonment and a fine of up to $20,000,000 [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years, up to life [21 U.S.C. § 841(b)(1)(A)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**TREMAIN LAMAR BRAXTON,**
**a/k/a "Smile Dog,"**

**COUNT 1 -** Conspiracy to Distribute and to Possess with Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:** Not less than 15 years nor more than life imprisonment and a fine of up to $20,000,000 [21 U.S.C. §§ 841(b)(1)(A)(viii), 851]

**Supervised Release:** Not less than 10 years, up to life [21 U.S.C. §§ 841(b)(1)(A), 851]

**Special Assessment**: $100 [18 U.S.C. § 3013]


**COUNT 6 –** Possession With Intent to Distribute 50 Grams or More of Methamphetamine – 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)

**Maximum penalty:** Not less than 15 years nor more than life imprisonment and a fine of up to $20,000,000 [21 U.S.C. §§ 841(b)(1)(A)(viii), 851]

**Supervised Release:** Not less than 10 years, up to life [21 U.S.C. §§ 841(b)(1)(A), 851]

**Special Assessment**: $100 [18 U.S.C. § 3013]



Date:  April 16, 2019                            /s/Justin M. Presant
                                                 Assistant United States Attorney



Submitted in accordance with Admin Order 17-MS-046